IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUSTAFA MOUSAB ALOWEMER,** Petitioner | : : : : : : : : | No. 3:25-CV-0941 (Judge Munley) |
| v. | | |
| **WARDEN FCI ALLENWOOD LOW,** Respondent | | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Mustafa Mousab Alowemer's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. Alowemer's motion to supplement (Doc. 4) is **GRANTED**.

3. The Clerk of Court is directed to CLOSE this case.

Date: 9/30/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court